THOMPSON COBURN LLP
Michael S. Kun – CSB 208684
Kevin D. Sullivan – CSB 270343
10100 Santa Monica Blvd., Suite 500
Los Angeles, California 90067
Tel: 310.282.2500 / Fax: 310.282.2501
mkun@thompsoncoburn.com
kdsullivan@thompsoncoburn.com

Attorneys for Defendant
WESTMED AMBULANCE, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE DERSHEM, individually, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WESTMED AMBULANCE, INC., GLOBAL MEDICAL RESPONSE, INC.; and DOES 1 through 50, inclusive<br><br>Defendants. | Case No.: 2:25-cv-01050-GW-AJR<br><br>*Assigned to Hon. George H. Wu, Crtrm. 9D*<br><br>**DEFENDANT WESTMED AMBULANCE, INC.'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS** |

TO THE COURT AND TO PLAINTIFF AND HIS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned counsel for Defendant Westmed Ambulance, Inc. ("Westmed") hereby identifies the case discussed below for purposes of ensuring compliance with Local Rule 83-1.4.  This case is being disclosed because it contains allegations of the same or similar violations of the California Labor Code against Defendant Global Medical Response, Inc. ("Global"), and the plaintiff in this other action seeks to bring his claims on behalf of the same employees that Plaintiff Kyle Dershem ("Plaintiff") seeks to represent in the instant action.

***Zapata v. Rural/Metro Fire Dept., Inc., et al.***

The *Zapata* action is pending in the United States District Court, Southern District of California, case no. 3:25-cv-00049-BJC-DEB.

The *Zapata* plaintiff is Luis Zapata.  The *Zapata* defendants are Rural/Metro Fire Dept., Inc.; Capstone Fire & Safety Management; Delta Equities, Inc.; and Global Medical Response, Inc. – i.e., the same Global that is named as a defendant in the instant *Dershem* action.

The attorneys of record for the *Zapata* plaintiff are the same as Plaintiff here:

Haig B. Kazandjian

Cathy Gonzalez

David Van Pelt

HAIG B. KAZANDJIAN LAWYERS, APC

801 North Brand Boulevard, Suite 970

Glendale, California 91203

P: (818) 696-2306 | F: (818) 644-7390

haig@hbklawyers.com | cathy@hbklawyers.com | david@hbklawyers.com

Counsel for Rural/Metro Fire Dept., Inc. in the *Zapata* action are the same as Westmed's counsel here in the instant *Dershem* action.  No appearance has been made by Capstone Fire & Safety Management, Delta Equities, Inc., or Global in the *Zapata* action.

The *Zapata* plaintiff alleges that he was jointly employed by Global, along with Rural/Metro Fire Dept., Inc., Capstone Fire & Safety Management, and Delta Equities, Inc. Like the plaintiff in *Zapata*, Plaintiff here alleges that he was jointly employed by Global, along with Westmed.

The *Zapata* plaintiff commenced his action on November 12, 2024. Plaintiff here commenced the instant action on December 6, 2024. Plaintiff here and the *Zapata* plaintiff allege identical causes of action.

The *Zapata* plaintiff seeks to bring the above-referenced claims not only on an individual basis, but also on a proposed class basis on behalf of all other current and former non-exempt employees who have been employed by, *inter alia*, Global in the State of California at any time from November 12, 2020 through the present. As Plaintiff here alleges that he was employed by Global from December 2016 until April 2024, he would be included in this proposed class in *Zapata*.

Plaintiff here seeks to represent this same group of employees as in *Zapata* on the same claims, but for a time period beginning December 6, 2020. As the *Zapata* plaintiff alleges that he was employed by Global from May 2020 until October 2023, he would be included in the proposed class that Plaintiff seeks to represent in the instant action.

DATED: June 25, 2025        **THOMPSON COBURN LLP**

By: /s/ Kevin D. Sullivan
Michael S. Kun
Kevin D. Sullivan

Attorneys for Defendant
WESTMED AMBULANCE, INC.